UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-59-F-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RICKY FRANKS | ) | |

Upon review of the Defendant's Motion to Seal and good cause appearing, it is hereby ordered that the Defendant may file under seal both the sentencing memorandum and attached exhibits [DE-132].

This the 2̲3̲ day of November, 2015.

/s/ James C. Fox
James C. Fox
Senior United States District Judge