IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00059-F-3

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RICKY FRANKS, )<br>          Defendant. ) | O R D E R<br>AMENDING JUDGMENT |

This matter is before the court *sua sponte*. The term of supervised release will remain 3 years on Count One. The term of supervised release will be reduced from 5 years to 3 years on Count Four. The supervised release terms shall run concurrently.

Except as herein amended, the December 1, 2015 Judgment [DE-144] of this court in all respects, is RATIFIED.

SO ORDERED.

This the *15* day of December, 2015.

                                                JAMES C. FOX
                                                Senior United States District Judge