IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-59-3BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RICKY FRANKS | ) | |

This cause comes before the Court on defendant's *pro se* motions for return of property. On October 2, 2017, the Court granted in part defendant's prior motion for return of property. [DE 193]. The instant motions seek return of the same property.

The government has responded that, pursuant to the Court's order, it has returned a brown tweed hat and blue jeans to defendant's agent, and that those items were received on June 6, 2018. [DE 216-1, 2]. The government further contends that the remaining items need not be returned as a motion pursuant to 28 U.S.C. § 2255 has been filed by codefendant Paris Williams.

As it appears that the government has complied with the Court's October 2, 2017, order, defendant's motions [DE 202 & 218] are DENIED with permission to re-file at the close of his codefendant's § 2255 proceedings if necessary.

SO ORDERED, this 13 day of August, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE